United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 15-17538-elf
Jasmine Erika Sessoms                                                     Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Virginia          Page 1 of 1            Date Rcvd: Apr 03, 2020
                        Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 05, 2020.
db             +Jasmine Erika Sessoms,    8528 Williams Avenue,    Philadelphia, PA 19150-1913

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2020                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 3, 2020 at the address(es) listed below:
              ALEXANDRA T. GARCIA    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              ALEXANDRA T. GARCIA    on behalf of Creditor    Bank of America, N.A. ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              ANN E. SWARTZ    on behalf of Creditor    Bank of America, N.A. ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              ANN E. SWARTZ    on behalf of Creditor    Bayview Loan Servicing, a Delaware Limited Liability
               Company ecfmail@mwc-law.com,    ecfmail@ecf.courtdrive.com
              ANN E. SWARTZ    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited Liability
               Company ecfmail@mwc-law.com,    ecfmail@ecf.courtdrive.com
              CELINE P. DERKRIKORIAN    on behalf of Creditor    Bayview Loan Servicing, a Delaware Limited
               Liability Company ecfmail@mwc-law.com
              CELINE P. DERKRIKORIAN    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company ecfmail@mwc-law.com
              MARAM M JAFAR    on behalf of Debtor Jasmine Erika Sessoms bkypaedecf@jafarlaw.com,
               notices@uprightlaw.com
              MARAM M JAFAR    on behalf of Creditor    U.S. Bank Trust National Association, as Trustee for CVI
               XX Mortgage Loan Trust I bkypaedecf@jafarlaw.com,    notices@uprightlaw.com
              MICHAEL J. SHAVEL    on behalf of Creditor    U.S. Bank Trust National Association, as Trustee for
               CVI XX Mortgage Loan Trust I mshavel@hillwallack.com,
               skenny@hillwallack.com;lharkins@hillwallack.com
              REBECCA ANN SOLARZ    on behalf of Creditor    U.S. Bank Trust National Association, as Trustee of
               CVI LCF Mortgage Loan Trust I bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    U.S. Bank Trust National Association, as Trustee for
               CVI XX Mortgage Loan Trust I bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                              TOTAL: 14

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Jasmine Erika Sessoms fka Jasmine Erika Jones<br>Debtor | CHAPTER 13 |
| U.S. Bank Trust National Association, as Trustee of CVI LCF Mortgage Loan Trust I<br>Movant<br>vs. | NO. 15-17538 ELF |
| Jasmine Erika Sessoms fka Jasmine Erika Jones<br>Debtor<br>William C. Miller, Esquire<br>Trustee | 11 U.S.C. Section 362 |

## STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. The post-petition arrearage on the mortgage held by the Movant on the Debtor's residence is **$12,933.18,** which breaks down as follows;

| | |
|---|---|
| Post-Petition Payments: | April 2019 to September 2019 at $1,076.02/month<br>October 2019 to November 2019 at $1,058.76/month<br>December 2019 to March 2020 at $1,161.00/month |
| Fees & Costs Relating to Motion: | $531.00 |
| Suspense Balance: | $815.46 |
| **Total Post-Petition Arrears** | **$12,933.18** |

2. The Debtor(s) shall cure said arrearages in the following manner;

   a). On or before March 31, 2020, the Debtor shall make a down payment in the amount of **$6,000.00**;

   b). Beginning on April 1, 2020 and continuing through September 1, 2020 until the arrearages are cured, Debtor(s) shall pay the present regular monthly payment of **$1,161.00** on the mortgage (or as adjusted pursuant to the terms of the mortgage) on or before the first (1st) day of each month (with late charges being assessed after the 15th of the month), plus an installment payment of **$1,155.53** towards the arrearages on or before the last day of each month at the address below;

   SHELLPOINT MORTGAGE SERVICING
   P.O. BOX 10675
   GREENVILLE, SC 29603-0675

   b). Maintenance of current monthly mortgage payments to the Movant thereafter.

3. Should debtor(s) provide sufficient proof of payments (front & back copies of cancelled checks and/or money orders) made, but not credited, Movant shall adjust the account accordingly.

4. In the event the payments under Section 2 above are not tendered pursuant to the terms of this stipulation, the Movant shall notify Debtor(s) and Debtor's attorney of the default in writing and the Debtors may cure said default within FIFTEEN (15) days of the date of said notice. If Debtor(s) should fail to cure the default within fifteen (15) days, the Movant may file a Certification of Default with the Court and the Court shall enter an Order granting the Movant relief from the automatic stay.

5. The stay provided by Bankruptcy Rule 4001(a)(3) is waived.

6. If the case is converted to Chapter 7, the Movant shall file a Certification of Default with the court and the court shall enter an order granting the Movant relief from the automatic stay.

7. If the instant bankruptcy is terminated by either dismissal or discharge, this agreement shall be null and void, and is not binding upon the parties.

8. The provisions of this stipulation do not constitute a waiver by the Movant of its right to seek reimbursement of any amounts not included in this stipulation, including fees and costs, due under the terms of the mortgage and applicable law.

9. The parties agree that a facsimile signature shall be considered an original signature.

Date: March 12, 2020

By: /s/ Rebecca A. Solarz, Esquire
Attorney for Movant

Date: 3/31/2020

Maram M. Jafar, Esquire
Attorney for Debtor

Date: 4/1/2020

/s/ LeRoy Wm. Etheridge *for*
William C. Miller, Esquire
Chapter 13 Trustee

*NO OBJECTION*
*\*without prejudice to any*
*trustee rights and remedies.*

**O R D E R**

Approved by the Court this 3rd day of April, 2020. However, the court retains discretion regarding entry of any further order.

_____
Bankruptcy Judge
Eric L. Frank