United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                            Case No. 15-17538-elf
Jasmine Erika Sessoms                                                             Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2           User: Virginia              Page 1 of 3              Date Rcvd: Apr 16, 2020
                               Form ID: 138NEW             Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 18, 2020.
db            +Jasmine Erika Sessoms,    8528 Williams Avenue,    Philadelphia, PA 19150-1913
cr            +U.S. Bank Trust National Association, as Trustee f,    c/o ShellPoint Mortgage Servicing,
                PO BOX 10826,    GREENVILLE, SC 29603-0826
cr            +U.S. Bank Trust National Association, as Trustee f,    ShellPoint Mortgage Servicing,
                P.O. Box 10675,    GREENVILLE, SC 29603-0675
13617759      +Acs Inc,   Attn: Bankruptcy,    Po Box 56317,   Philadelphia, PA 19130-6317
13617762      +Allied Mortgage, Inc. LASIK Financing,    P.O. Box 242,   Broomall, PA 19008-0242
13704647       American InfoSource LP as agent for,    DIRECTV, LLC,   PO Box 5008,
                Carol Stream, IL  60197-5008
13617765      +Bank of America Home Loans,    7105 Corporate Drive,   Plano, TX 75024-4100
13617777      +Great Eastern Resort Company,    PO Box 6006,   Charlottesville, VA 22906-6006
13617778      +Helm Assocs,    801 Bristol Pike,   Croydon, PA 19021-5447
13617781      +Philadelphia Gas Works,    PO Box 11700,   Newark, NJ 07101-4700
13617787     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
                (address filed with court: Toyota Mtr,    Toyota Financial Services,   Po Box 8026,
                Cedar Rapids, IA 52408)
13684486       Toyota Motor Credit Corporation,    c o Becket and Lee LLP,   PO Box 3001,
                Malvern, PA 19355-0701
14308976      +U.S. Bank Trust National Association,    c/o Michael J. Shavel, Esq.,   777 Township Line road,
                Suite 250,   Yardley PA 19067-5565
14111324       U.S. Bank Trust National Association,,   Shellpoint Mortgage Servicing,   P.O. Box 10675,
                Greenville, SC 29603-0675
14472186      +U.S. Bank Trust National Association, as Trustee o,    C/O Rebecca A. Solarz, Esq.,
                KML Law Group,    701 Market Street Suite 5000,   Philadelphia, PA. 19106-1541
13619235      +U.S. Department of Housing and Urban Development,    451 7th Street S.W.,
                Washington, DC 20410-0002
13697201      +Wells Fargo Bank,    Box 5058 MAC P6053-021,   Portland, OR 97208-5058

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: megan.harper@phila.gov Apr 17 2020 05:00:57     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 17 2020 05:00:04
                Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 17 2020 05:00:37     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,   Room 1250,    615 Chestnut Street,   Philadelphia, PA 19106-4404
13617764       E-mail/Text: ebnbankruptcy@ahm.honda.com Apr 17 2020 05:00:23     American Honda Finance,
                Po Box 168088,   Irving, TX 75016
13617763      +E-mail/Text: broman@amhfcu.org Apr 17 2020 05:00:22     American Heritage Fcu,
                2060 Red Lion Rd,   Philadelphia, PA 19115-1699
13826425      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Apr 17 2020 05:00:38
                Bayview Loan Servicing LLC,    4425 Ponce de Leon Boulevard 5th Floor,
                Coral Gables , Florida 33146-1873
13737843      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Apr 17 2020 05:00:38
                Bayview Loan Servicing, LLC,    4425 Ponce de Leon Boulevard,   Coral Gables, FL 33146-1873
13710571      +E-mail/Text: megan.harper@phila.gov Apr 17 2020 05:00:57
                CITY OF PHILADELPHIA, LAW DEPARTMENT TAX UNIT,    BANKRUPTCY GROUP, MSB,
                1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,    PHILADELPHIA, PA 19102-1640
13617766      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 17 2020 05:04:52     Capital One,
                Attn: Bankruptcy,   Po Box 30285,    Salt Lake City, UT 84130-0285
13644702       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 17 2020 05:06:10
                Capital One Bank (USA), N.A.,    PO Box 71083,   Charlotte, NC  28272-1083
13617768      +E-mail/PDF: pa_dc_ed@navient.com Apr 17 2020 05:06:25     Dept Of Ed/navient,   Po Box 9635,
                Wilkes Barre, PA 18773-9635
13617775       E-mail/Text: bknotice@ercbpo.com Apr 17 2020 05:00:20     Enhanced Recovery Corp,
                Attention: Client Services,    8014 Bayberry Rd,   Jacksonville, FL 32256-7412
13617776      +E-mail/Text: bankruptcy@ersinc.com Apr 17 2020 05:01:09     Enterprise Recovery Sy,
                2400 South Wolf Ro,   Westchester, IL 60154-5625
13617780       E-mail/Text: cowens@nationwideacceptance.com Apr 17 2020 04:58:49     Nationwide Acceptance,
                105 Decker Ct. Suite 725,   Irving, TX 75062
13675836       E-mail/PDF: pa_dc_ed@navient.com Apr 17 2020 05:05:05
                Navient Solutions, Inc. Department of Education,    Loan Services,   P.O. Box 9635,
                Wilkes-Barre, PA 18773-9635
13617783       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 17 2020 05:06:20
                Portfolio Recovery,   Attn: Bankruptcy,    Po Box 41067,   Norfolk, VA 23541
13617782      +E-mail/PDF: resurgentbknotifications@resurgent.com Apr 17 2020 05:03:57
                Pinnacle Credit Service,   Attn: Bankruptcy,    Po Box 640,   Hopkins, MN 55343-0640
13617784      +E-mail/PDF: pa_dc_claims@navient.com Apr 17 2020 05:03:45     Sallie Mae,
                Attn: Claims Department,   Po Box 9500,    Wilkes-Barre, PA 18773-9500
13617786      +E-mail/PDF: gecsedi@recoverycorp.com Apr 17 2020 05:03:28     Synchrony Bank/Amazon,
                Attn: Bankruptcy,   Po Box 103104,    Roswell, GA 30076-9104

```
District/off: 0313-2          User: Virginia              Page 2 of 3                  Date Rcvd: Apr 16, 2020
                              Form ID: 138NEW             Total Noticed: 36
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
13619235       +E-mail/PDF: OGCRegionIIIBankruptcy@hud.gov Apr 17 2020 05:04:48
                U.S. Department of Housing and Urban Development,   451 7th Street S.W.,
                Washington, DC 20410-0002
                                                                                              TOTAL: 20

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13617760*     +Acs Inc,   Attn: Bankruptcy,    Po Box 56317,    Philadelphia, PA 19130-6317
13617761*     +Acs Inc,   Attn: Bankruptcy,    Po Box 56317,    Philadelphia, PA 19130-6317
13617767*     +Capital One,   Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
13617769*     +Dept Of Ed/navient,    Po Box 9635,    Wilkes Barre, PA 18773-9635
13617770*     +Dept Of Ed/navient,    Po Box 9635,    Wilkes Barre, PA 18773-9635
13617771*     +Dept Of Ed/navient,    Po Box 9635,    Wilkes Barre, PA 18773-9635
13617772*     +Dept Of Ed/navient,    Po Box 9635,    Wilkes Barre, PA 18773-9635
13617773*     +Dept Of Ed/navient,    Po Box 9635,    Wilkes Barre, PA 18773-9635
13617774*     +Dept Of Ed/navient,    Po Box 9635,    Wilkes Barre, PA 18773-9635
13617779*     +Helm Assocs,   801 Bristol Pike,    Croydon, PA 19021-5447
13617785*     +Sallie Mae,   Attn: Claims Department,    Po Box 9500,   Wilkes-Barre, PA 18773-9500
13617788*     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
                (address filed with court: Toyota Mtr,    Toyota Financial Services,   Po Box 8026,
                Cedar Rapids, IA 52408)
13617789       ##+Tsi/909,   Po Box 17205,    Wilmington, DE 19850-7205
                                                                                           TOTALS: 0, * 12, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2020                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 16, 2020 at the address(es) listed below:
```
          ALEXANDRA T. GARCIA    on behalf of Creditor    Bank of America, N.A. ecfmail@mwc-law.com,
           ecfmail@ecf.courtdrive.com
          ALEXANDRA T. GARCIA    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC ecfmail@mwc-law.com,
           ecfmail@ecf.courtdrive.com
          ANN E. SWARTZ    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited Liability
           Company ecfmail@mwc-law.com,    ecfmail@ecf.courtdrive.com
          ANN E. SWARTZ    on behalf of Creditor    Bank of America, N.A. ecfmail@mwc-law.com,
           ecfmail@ecf.courtdrive.com
          ANN E. SWARTZ    on behalf of Creditor    Bayview Loan Servicing, a Delaware Limited Liability
           Company ecfmail@mwc-law.com,    ecfmail@ecf.courtdrive.com
          CELINE P. DERKRIKORIAN    on behalf of Creditor    Bayview Loan Servicing, a Delaware Limited
           Liability Company ecfmail@mwc-law.com
          CELINE P. DERKRIKORIAN    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
           Liability Company ecfmail@mwc-law.com
          MARAM M JAFAR    on behalf of Creditor    U.S. Bank Trust National Association, as Trustee for CVI
           XX Mortgage Loan Trust I bkypaedecf@jafarlaw.com,    notices@uprightlaw.com
          MARAM M JAFAR    on behalf of Debtor Jasmine Erika Sessoms bkypaedecf@jafarlaw.com,
           notices@uprightlaw.com
          MICHAEL J. SHAVEL    on behalf of Creditor    U.S. Bank Trust National Association, as Trustee for
           CVI XX Mortgage Loan Trust I mshavel@hillwallack.com,
           skenny@hillwallack.com;lharkins@hillwallack.com
          REBECCA ANN SOLARZ    on behalf of Creditor    U.S. Bank Trust National Association, as Trustee for
           CVI XX Mortgage Loan Trust I bkgroup@kmllawgroup.com
```

```
District/off: 0313-2              User: Virginia              Page 3 of 3              Date Rcvd: Apr 16, 2020
                                  Form ID: 138NEW             Total Noticed: 36
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        REBECCA ANN SOLARZ    on behalf of Creditor    U.S. Bank Trust National Association, as Trustee of CVI LCF Mortgage Loan Trust I bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                             TOTAL: 14

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Jasmine Erika Sessoms
         Debtor(s)                                    Bankruptcy No: 15−17538−elf
                                                             Chapter: 13

_____

## *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1.  The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1 328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                              900 Market Street
                                 Suite 400
                              Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                                                                    For The Court
                                                                                     Timothy B. McGrath
                                                                                       Clerk of Court

Dated: 4/16/20

                                                                                                                                      93 − 92
                                                                                                                       Form 138_new