United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                  Case No. 15-17538-elf
Jasmine Erika Sessoms                                                                   Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: Virginia        Page 1 of 2            Date Rcvd: Jun 24, 2020
                            Form ID: 3180W        Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 26, 2020.
db              +Jasmine Erika Sessoms,    8528 Williams Avenue,   Philadelphia, PA 19150-1913
13704647         American InfoSource LP as agent for,    DIRECTV, LLC,    PO Box 5008,
                  Carol Stream, IL  60197-5008
14111324         U.S. Bank Trust National Association,,    Shellpoint Mortgage Servicing,    P.O. Box 10675,
                  Greenville, SC 29603-0675

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: megan.harper@phila.gov Jun 25 2020 05:21:12     City of Philadelphia,
                  City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                  Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 25 2020 05:20:19
                  Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 25 2020 05:20:53     U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
13617763        +E-mail/Text: broman@amhfcu.org Jun 25 2020 05:20:36     American Heritage Fcu,
                  2060 Red Lion Rd,    Philadelphia, PA 19115-1699
13826425        +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jun 25 2020 05:20:53
                  Bayview Loan Servicing LLC,    4425 Ponce de Leon Boulevard 5th Floor,
                  Coral Gables , Florida 33146-1873
13737843        +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jun 25 2020 05:20:53
                  Bayview Loan Servicing, LLC,    4425 Ponce de Leon Boulevard,    Coral Gables, FL 33146-1873
13710571        +E-mail/Text: megan.harper@phila.gov Jun 25 2020 05:21:12
                  CITY OF PHILADELPHIA, LAW DEPARTMENT TAX UNIT,    BANKRUPTCY GROUP, MSB,
                  1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,    PHILADELPHIA, PA 19102-1640
13644702         EDI: CAPITALONE.COM Jun 25 2020 08:58:00     Capital One Bank (USA), N.A.,    PO Box 71083,
                  Charlotte, NC  28272-1083
13675836         EDI: NAVIENTFKASMDOE.COM Jun 25 2020 08:58:00
                  Navient Solutions, Inc. Department of Education,    Loan Services,    P.O. Box 9635,
                  Wilkes-Barre, PA 18773-9635
13684486         EDI: BL-TOYOTA.COM Jun 25 2020 08:58:00     Toyota Motor Credit Corporation,
                  c o Becket and Lee LLP,    PO Box 3001,   Malvern, PA 19355-0701
13697201        +EDI: WFFC.COM Jun 25 2020 08:58:00     Wells Fargo Bank,    Box 5058 MAC P6053-021,
                  Portland, OR 97208-5058
                                                                                               TOTAL: 11

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 26, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 24, 2020 at the address(es) listed below:
              ALEXANDRA T. GARCIA    on behalf of Creditor    Bank of America, N.A. ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              ALEXANDRA T. GARCIA    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              ANN E. SWARTZ    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited Liability
               Company ecfmail@mwc-law.com,    ecfmail@ecf.courtdrive.com
              ANN E. SWARTZ    on behalf of Creditor    Bank of America, N.A. ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              ANN E. SWARTZ    on behalf of Creditor    Bayview Loan Servicing, a Delaware Limited Liability
               Company ecfmail@mwc-law.com,    ecfmail@ecf.courtdrive.com

```
District/off: 0313-2           User: Virginia              Page 2 of 2               Date Rcvd: Jun 24, 2020
                               Form ID: 3180W              Total Noticed: 14
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          CELINE P. DERKRIKORIAN    on behalf of Creditor    Bayview Loan Servicing, a Delaware Limited Liability Company ecfmail@mwc-law.com
          CELINE P. DERKRIKORIAN    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited Liability Company ecfmail@mwc-law.com
          MARAM M JAFAR    on behalf of Creditor    U.S. Bank Trust National Association, as Trustee for CVI XX Mortgage Loan Trust I bkypaedecf@jafarlaw.com, notices@uprightlaw.com
          MARAM M JAFAR    on behalf of Debtor Jasmine Erika Sessoms bkypaedecf@jafarlaw.com, notices@uprightlaw.com
          MICHAEL J. SHAVEL    on behalf of Creditor    U.S. Bank Trust National Association, as Trustee for CVI XX Mortgage Loan Trust I mshavel@hillwallack.com, skenny@hillwallack.com;lharkins@hillwallack.com
          REBECCA ANN SOLARZ    on behalf of Creditor    U.S. Bank Trust National Association, as Trustee for CVI XX Mortgage Loan Trust I bkgroup@kmllawgroup.com
          REBECCA ANN SOLARZ    on behalf of Creditor    U.S. Bank Trust National Association, as Trustee of CVI LCF Mortgage Loan Trust I bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com

                                                                                                        TOTAL: 14

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Jasmine Erika Sessoms**<br>First Name    Middle Name    Last Name | Social Security number or ITIN   **xxx–xx–1250**<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court **Eastern District of Pennsylvania** | | |
| Case number:   **15–17538–elf** | | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Jasmine Erika Sessoms
   fka Jasmine Erika Jones

<u>6/24/20</u>                                                **By the court:**         <u>Eric L. Frank</u>
                                                                                        United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

   ♦ debts that are domestic support obligations;

   ♦ debts for most student loans;

   ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**